# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00537-CV

**Sayers Construction, LLC, Appellant**

**v.**

**Accordant Communications, LLC, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. 22-1261, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After appellant Sayers Construction, LLC, notified this Court that it had filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 22-10838-tmd), *see* Tex. R. App. P. 8.1, we stayed the appeal on December 22, 2022. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. On November 6, 2024, the Court notified the parties that it has been informed that the bankruptcy case has been closed and requested that the parties submit a report informing it of any reason why the appeal should not be dismissed. Appellant's counsel informed the Court that appellant's bankruptcy counsel informed him that "although the proceedings in the bankruptcy court are nearing a conclusion, the bankruptcy case has not been closed, and the bankruptcy stay remains in place." However, because the bankruptcy court's records reflect the bankruptcy case's status as "Closed," the Court has reinstated the case. We

abate the case for thirty days to allow counsel time to provide the Court with proof that the bankruptcy case has not been closed and the bankruptcy stay should remain in place. We order counsel to provide the Court with proof that the case has not been closed or any other reason why this proceeding should not be dismissed on or before December 23, 2024.

It is so ordered on November 22, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: November 22, 2024